UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

St. Paul Mercury Insurance Company, a Minnesota corporation

Plaintiff,

v.

JBA International, Inc., a Georgia corporation

Defendant.

Case Number: 01-297MJD/JGL

**STIPULATION AND ORDER TO FILE DOCUMENTS UNDER SEAL**

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their counsel, that certain documents and information contained in the motion papers relating to Defendant JBA International, Inc.'s Motion to Dismiss Without Prejudice or, in the Alternative, Stay Action contain confidential information. Therefore, the parties stipulate that this Court should enter an Order directing that the following motion papers, and any exhibits thereto, be filed under seal:

1. Affidavit of Daria G. Fitzgerald in Support of Plaintiff St. Paul Mercury Insurance Company's Memorandum of Law in Opposition to Defendant's Motion to Dismiss Without Prejudice or, in the Alternative, Stay Action;

2. Affidavit of Patricia St. Peter in Support of Plaintiff St. Paul Mercury Insurance Company's Memorandum of Law in Opposition to Defendant's Motion to Dismiss Without Prejudice or, in the Alternative, Stay Action;

3. Supplemental Affidavit of Patricia St. Peter in Support of Plaintiff St. Paul Mercury Insurance Company's Memorandum of Law in Opposition to Defendant's Motion to Dismiss Without Prejudice or, in the Alternative, Stay Action;

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: June 14, 2001

Patricia St. Peter (MN #153096)
Vickie L. Hilden (MN #300056)
ZELLE, HOFFMANN, VOELBEL
MASON & GETTE LLP
33 South Sixth Street
City Center – Suite 4400
Minneapolis, MN 55402
(612) 339-2020

ATTORNEYS FOR PLAINTIFF
ST. PAUL MERCURY INSURANCE COMPANY

Dated: June 14, 2001

James E. Dorsey (MN # 137893)
Richard D. Snyder (MN #191292)
Emily E. Duke (MN #249178)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
Telephone: (612) 347-7097
Fax: (612) 347-7077

ATTORNEYS FOR DEFENDANT
JBA INTERNATIONAL, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: August 29, 2001

Michael J. Davis
United States District Judge

::ODMA\PCDOCS\FBDOCS1\2520632\1