UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ST. PAUL MERCURY INSURANCE COMPANY,
Plaintiff,

v.

Civil No. 01-297 (MJD/JGL)

JBA INTERNATIONAL, INC.,
Defendant.

**ORDER FOR REASSIGNMENT OF RELATED CASES**

JBA INTERNATIONAL, INC.,
Plaintiff,

v.

Civil No. 01-2161 (DWF/AJB)

ST. PAUL MERCURY INSURANCE COMPANY,
Defendant.

Case No. 01-297 (MJD/JGL) having been assigned to Judge Michael J. Davis and Case No. 01-2161 (DWF/AJB) having later been assigned to Judge Donovan W. Frank, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. No. 01-2161 (DWF/AJB) be assigned to Judge Michael J. Davis, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated April 2, 2001.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: January 14, 2002

MICHAEL J. DAVIS
Judge of United States District Court

Dated: January 14th, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed JAN 15 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

25

Date: January 16, 2002 jr

R E C O R D O F D O C K E T T E X T

0:01-cv-02161 JBA International v. St Paul Mercury Ins

DOCKET ENTRY

ORDER FOR REASSIGNMENT OF RELATED CASES (Judge Michael J. Davis / 1/14/02) (Judge Donovan W. Frank / 1/14/02) (related case 01-297 MJD/JGL) Case reassigned to Judge Michael J. Davis per the master list, and Case referred to Magistrate Judge Jonathan G. Lebedoff. Case number remains the same except for Judges' initials 01-2161 MJD/JGL. Case number with new Judges' initials to be used on all future pleadings and papers submitted to the Court regarding this civil action 01-2161 MJD/JGL. 1pg(s) (cc: all counsel)

Hon. Michael J Davis, Judge

THIS NOTICE SENT TO ALL COUNSEL