UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

St. Paul Mercury Insurance Company,
a Minnesota corporation,

Plaintiff,

v.

JBA International, Inc.,
a Georgia corporation,

Defendant.

Case Number: 01-297 MJD/JGL

**RULE 26(f) REPORT AND STIPULATION AND ORDER TO CONSOLIDATE CASES FOR DISCOVERY AND SETTING DISCOVERY SCHEDULE**

JBA International, Inc.,
a Georgia corporation,

Plaintiff,

v.

St. Paul Mercury Insurance Company,
a Minnesota corporation,

Defendant.

Case Number: 01-2161 MJD/JGL

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED in the above-captioned cases, by and between the parties through their counsel, that:

1. Consolidation for Discovery Purposes. The above-captioned cases shall be consolidated for discovery purposes. Without waiver by either party of any evidentiary objections it may otherwise have, discovery obtained in one case may be used in the other.

2. Rule 26(a) Disclosures. Rule 26(a) initial disclosures have already been completed as part of Court File No. 01-2161 MJD/JGL. Because the issues presented in Court File No. 01-

FILED FEB 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

297 MJD/JGL are also presented in Court File No. 01-2161 MJD/JGL, the parties stipulate that it is not necessary to repeat the Rule 26(a) disclosures as part of Court File No. 01-297 MJD/JGL, and that the initial disclosures shall be deemed to have been made in both cases.

3. Amendment of Complaint in Court File No. 01-2161 MJD/JGL. JBA may serve and file a Third Amended Complaint in Court File No. 01-2161 MJD/JGL by January 25, 2002. St. Paul Mercury will serve and file its answer within two weeks thereafter. The parties stipulate that, in the interim, St. Paul Mercury need not answer the Second Amended Complaint. No answer by JBA to St. Paul's complaint in Court File No. 01-297 MJD/JGL is yet due.

4. Rule 26(f) Conference. The parties have met to discuss scheduling in the above-captioned cases. The Rule 26(f) Report is outlined in paragraph 6 below, along with the stipulated schedule.

5. Stipulated Discovery Schedule. The parties stipulate that the discovery schedule outlined below will be in effect for discovery in the consolidated cases.

6. Rule 26(f) Report.

**a. Description of Case:**

**1. Concise Factual Summary of Claims:**

This is an insurance coverage dispute between JBA International, Inc. ("JBA") and St. Paul Mercury Insurance Company ("St. Paul Mercury"). The parties disagree over the extent of coverage under "Technology Errors and Omissions" liability policies for several underlying lawsuits brought against JBA by customers of JBA's products and services. Both parties seek declaratory relief concerning the scope and coverage of the policies, and JBA seeks damages arising from St. Paul's alleged failure to meet its obligations under the policies. St. Paul alleges that it has performed all obligations required of it under the policies.

**2. Statement of Jurisdiction (including statutory citations):**

Jurisdiction is based upon 28 U.S.C. § 1332 because the parties are citizens of different states. JBA is incorporated and has its principal place of business in Georgia.

St. Paul Mercury is incorporated and has its principal place of business in Minnesota. The amount in controversy exceeds $75,000.

**3. Summary of Factual Stipulations or Agreements:**

None at this time.

**4. Statement of whether jury trial has been timely demanded by any party.**

JBA timely demanded trial by jury in JBA International, Inc. v. St. Paul Mercury Insurance Company, Case Number: 01-2161 MJD/JGL. St. Paul Mercury timely demanded trial by jury in St. Paul Mercury Insurance Company v. JBA International, Inc., Case Number: 01-297 MJD/JGL.

**b. Pleadings:**

**1. Statement of whether all process has been served, all pleadings filed, and any plan for any party to amend pleadings or add additional parties to the action:**

In JBA's case (No. 01-2161 MJD/JGL), all parties have been served with process and the parties do not anticipate joining additional parties. JBA plans to amend its Second Amended Complaint on or before January 25, 2002. St. Paul Mercury has not yet answered JBA's Second Amended Complaint, however, the parties agree and stipulate that no Answer will be required until two weeks after JBA serves its Third Amended Complaint.

In St. Paul Mercury's declaratory judgment action (No. 01-297 MJD/JGL) the complaint has been filed, and JBA has responded by a motion to dismiss. No answer will be filed until after the formal resolution of JBA's motion to dismiss.

**2. Proposed date by which all hearings on motions to amend and/or add parties to the action shall be heard:**

Date: **April 15, 2002**

**c. Discovery Limitations:**

**1. The parties recommend that the Court limit the use and numbers of discovery procedures (in addition to discovery requests already outstanding in Court File No. 01-261 MJD/JGL) as follows:**

A. 50 interrogatories;

B. No Limit document requests;

C. 25 factual depositions;

D. __50__ requests for admissions;

E. __N/A__ Rule 35 medical examinations;

F. __N/A__ other.

**d. Discovery Schedule/Deadlines:**

**1. The parties recommend that the Court establish the following discovery deadlines:**

A. **September 1, 2002** deadline for completion of non-expert discovery, including service and response to interrogatories, document requests, requests for admission and scheduling of factual depositions;

B. __N/A__ deadline for completion of all Rule 35 medical examinations;

**e. Experts:**

**The parties anticipate that they will require expert witnesses at time of trial.**

1. JBA anticipates calling several experts in the fields of software installation, damages, insurance industry practices, and possible rebuttal experts.

2. St. Paul anticipates calling several experts in the fields of damages, insurance industry practices and possible rebuttal experts;

3. The parties pursuant to Local Rule 26.3(a), recommend the disclosure and discovery option as follows: N/A.

4. The parties recommend that the Court establish the following deadlines for disclosure of experts and experts' opinions consistent with Rule 26(a)(2) as modified by Local Rule 26.3:

(A) Deadlines for all parties' identification of expert witnesses (initial and rebuttal). (Fed.R.Civ.P. 26(a)(2)(A).):

**JBA: May 30, 2002**
**St. Paul: June 30, 2002**

(B) Deadlines for completion of disclosure or discovery of the substance of expert witness opinions:

**JBA: July 1, 2002**
**St. Paul: August 1, 2002**

(C) Deadlines for completion of expert witness deposition:

**October 1, 2002**.

f. **Motion Schedule:**

1. **The parties recommend that motions be filed and served on or before the following date:**

(A) **August 15, 2002** non-dispositive motions;

(B) **October 1, 2002** dispositive motions. Dispositive motions may be served on or after March 1, 2002 and the parties need not wait for discovery to close prior to serving and filing same.

g. **Trial-Ready Date:**

1. That the case will be ready for trial on or after **November 1, 2002**;

2. A final pretrial conference should be held on or before **October 1, 2002**.

h. **Insurance Carriers/Indemnitors:**

List all insurance carriers/indemnitors, including limits of coverage of each defendant or statement that the defendant is self-insured: St. Paul asserts that this item is not applicable.

i. **Settlement:**

1. The parties have participated in an initial settlement conference with Magistrate Judge Lebedoff on October 25, 2001. The case did not settle.

2. The parties believe that a settlement conference is appropriate and should be scheduled by the Court before trial of this matter.

3. The parties have discussed whether alternative dispute resolution (ADR) will be helpful to the resolution of this case and recommend the following to the Court: private mediation.

j. **Trial by Magistrate Judge:**

1. The parties have not agreed to consent to jurisdiction by the Magistrate Judge pursuant to Title 28, United States Code, Section 636(c). (If the parties agree, the consent should be filed with the Rule 26(f) Report.)

Dated: Feb 4, 2002

Emily E Duke

Richard D. Snyder (#191292)
Emily E. Duke (#249178)
Gregory E. Karpenko (#286473)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
Telephone: (612) 347-7097
Fax: (612) 347-7077

ATTORNEYS FOR JBA INTERNATIONAL, INC.

Dated: Feb. 4, 2002

Patricia St. Peter

Patricia St. Peter (MN #153096)
Vickie L. Hilden (MN #300056)
ZELLE, HOFFMANN, VOELBEL MASON & GETTE LLP
33 South Sixth Street
City Center – Suite 4400
Minneapolis, MN 55402
(612) 339-2020

ATTORNEYS FOR ST. PAUL MERCURY INSURANCE COMPANY

**ORDER**

Based upon the foregoing Stipulation by the parties, and the Court being duly advised in the premises,

IT HEREBY ORDERED that:

1. The above-captioned cases are consolidated for discovery purposes. Discovery obtained in one shall be deemed to have also been taken in the other.

2. Dispositive motions may be brought and heard before the close of discovery. Such motions may be served on or after March 1, 2002.

3. Rule 26(a) initial disclosures have already been completed as part of Court File No. 01-2161 MJD/JGL. These Rule 26(a) disclosures shall be used for Court File No. 01-297 MJD/JGL, and new Rule 26(a) disclosures shall not be required for Court File No. 01-297 MJD/JGL.

4. JBA may file a Third Amended Complaint in Court File No. 01-2161 MJD/JGL no later than January 25, 2002 and St. Paul Mercury shall have two weeks thereafter in which to Answer. In the interim, St. Paul Mercury shall not answer the Second Amended Complaint.

5. The discovery ~~schedule~~ set forth in the foregoing stipulation will govern discovery in the ~~consolidated~~ cases. JGL

Dated: Feb. 19, 2002.

BY THE COURT

Magistrate Judge Jonathan Lebedoff

2598443