UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

St. Paul Mercury Insurance Company,

Plaintiff,

v. Civ. No. 01-297 (JNE/JGL)

JBA International, Inc.,

Defendant.

ORDER

JBA International, Inc.,

Plaintiff,

v. Civ. No. 01-2161 (JNE/JGL)

St. Paul Mercury Insurance Company,

Defendant.

This case is before the Court on St. Paul Mercury Insurance Company's appeal from an Order issued by the Honorable Jonathan G. Lebedoff, Chief United States Magistrate Judge, on May 29, 2003. Having reviewed the record, the Court concludes that the Magistrate Judge's Order must be affirmed because it is neither "clearly erroneous" nor "contrary to law." *See* 28 U.S.C. § 636(b)(1)(A) (2000); Fed. R. Civ. P. 72(a); D. Minn. R. 72.1(b)(2). Therefore, IT IS ORDERED THAT:

1. The Magistrate Judge's May 29, 2003, Order [Docket No. 110 in Civ. No. 01-297; Docket No. 125 in Civ. No. 01-2161] is AFFIRMED.

Dated: July 10, 2003

JOAN N. ERICKSEN
United States District Judge

JUL 10 2003

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS