UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

St. Paul Mercury Insurance Company,

Plaintiff,

v. Civ. No. 01-297 (JNE/JGL)

JBA International, Inc.,

Defendant.

ORDER

JBA International, Inc.,

Plaintiff,

v. Civ. No. 01-2161 (JNE/JGL)

St. Paul Mercury Insurance Company,

Defendant.

The Court has received JBA International, Inc.'s letter of July 1, 2003, and St. Paul Mercury Insurance Company's response dated July 10, 2003. The Court strikes the letters. *See* D. Minn. R. 7.1(f) ("Except with permission of the Court, no memoranda of law will be allowed except as provided by these rules."). Therefore, IT IS ORDERED THAT:

1. JBA International's letter dated July 1, 2003 [Docket No. 134 in Civ. No. 01-2161] is STRICKEN.

2. St. Paul Mercury Insurance's letter dated July 10, 2003 is STRICKEN.

Dated: July 16, 2003

JOAN N. ERICKSEN
United States District Judge

FILED JUL 16 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED________
DEPUTY CLERK'S INITIALS________