# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| St. Paul Mercury Insurance Company, | ) | **COURT MINUTES** |
| | ) | BEFORE: Joan N. Ericksen |
| Plaintiff, | ) | U.S. Judge |
| | ) | |
| v. | ) | Case No: 01cv297 (JNE/JGL)& |
| | ) | 01cv2161 (JNE/JGL) |
| JBA International, Inc., | ) | Date: March 15, 2004 |
| | ) | Court Reporter: Maria Weinbeck |
| Defendant. | ) | Time Commenced: 10:30 a.m. |
| | ) | Time Concluded: 12:00 |
| | ) | Time in Court: 1 Hour & 30 Minutes |

Hearing on: **St. Paul Mercury's Motion for Partial Summary Judgment (#126) AND JBA's Motion for Partial Summary Judgment (#129) - both motions are TAKEN UNDER ADVISEMENT**

APPEARANCES:

Plaintiff: Patricia J. St. Peter and Eric E. Caugh
Defendant: Richard D. Snyder

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

****IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Sheri L. Frette
Calendar Clerk