ZELLE, HOFMANN, VOELBEL, MASON & GETTE
A LIMITED LIABILITY PARTNERSHIP

BOSTON
DALLAS
LOS ANGELES
MINNEAPOLIS
SAN FRANCISCO
WASHINGTON, D.C.
BEIJING*
SHANGHAI*
*In association with ZY & Partners

500 WASHINGTON AVE SOUTH - SUITE 4000
MINNEAPOLIS, MINNESOTA 55415
612-339-2020 TELEPHONE
612-336-9100 FACSIMILE
www.zelle.com

Eric E. Caugh
ecaugh@zelle.com
(612) 336-9178

December 3, 2004

**FILED ELECTRONICALLY**

Hon. Jonathan Lebedoff
Magistrate Judge--United States District Court
300 South Fourth Street
Minneapolis, MN 55415

**Re:** ***St. Paul Mercury Ins. Co. v. JBA International, Inc.* and**
***JBA International, Inc. v. St. Paul Mercury Ins. Co.***
**Court Nos. 01-297 (JEL/JGL) and 01-2161 (JEL/JGL)**

Dear Magistrate Judge Lebedoff:

At the request of your assistant, I am filing this letter to confirm the rescheduling of the settlement conference in the above-referenced matters. The settlement conference in these consolidated matters is currently scheduled for 9:00 a.m. on January 10, 2005. Due to a scheduling conflict, the parties have all agreed to reschedule the settlement conference for 1:30 p.m. on January 18, 2005. Your assistant has confirmed that this time is available, subject to all of the instructions set forth in the November 29, 2004 Notice of Settlement Conference.

Sincerely,

**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**

**s/ Eric Caugh**

Eric E. Caugh

cc: Richard Snyder (via facsimile)

288606v1