# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

ST. PAUL MERCURY INSURANCE COMPANY,

Plaintiff,

v.

JBA INTERNATIONAL, INC.,

Defendant.

**and**

JBA INTERNATIONAL, INC.,

Plaintiff,

v.

ST. PAUL MERCURY INSURANCE COMPANY,

Defendant.

COURT MINUTES - CIVIL
BEFORE: JONATHAN LEBEDOFF
CHIEF U.S. MAGISTRATE JUDGE

Case No: CIVIL 01-0297 (JNE/JGL) **and** CIVIL 01-2161 (JNE/JGL)
Date: 1/18/05
Court Reporter: N/A
Time Commenced: 1:30 P.M.
Time Concluded: 3:30 P.M.
Time in Court: 2 Hours & 0 Minutes

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

Plaintiff: Pat St. Peter

Defendant: Richard Snyder, Emily Duke

PROCEEDINGS:

☐ Settlement reached.

☒ No settlement reached.

s/Jonathan Lebedoff
Chief, U.S. Magistrate Judge