**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**Civil Trial Calendar**
**The Honorable Joan N. Ericksen**

You appear as counsel of record on one or more of the actions listed on the attached calendar.

The cases will be called for trial **Tuesday, August 23, 2005. This calendar will run through the week of September 12, 2005.**

All cases shall be deemed ready for immediate trial commencing **August 23, 2005,** and will be called for trial on an as-needed basis. If you have an unavoidable conflict, you shall **IMMEDIATELY** contact Mrs. Sheri L. Frette, Calendar Clerk for The Honorable Joan N. Ericksen, 778 Federal Courts Building, St. Paul, MN 55101, (651) 848-1230. Any questions regarding this calendar should be directed to Mrs. Frette.

**Under no circumstances will the failure to have completed the taking of depositions or other discovery be deemed justification for a delay or continuance.**

Please follow Rules 39.1 and 39.2 of this district's local rules concerning trial practice. Please read these rules carefully and comply fully as you prepare for trial.

**UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Dated: May 11, 2005.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**TRIAL CALENDAR COMMENCING Tuesday, August 23, 2005**
**at 9:30 a.m., before JUDGE JOAN N. ERICKSEN**
**in St. Paul, Minnesota**

---

**JURY TRIAL** **INSURANCE**

1. St. Paul Mercury Insurance Company, — Eric Caugh/Patricia St. Peter 612/339-2020

v. 01cv297 (JNE/JGL)

JBA International, Inc., — Emily Duke/James Dorsey/Richard Snyder 612/492-7000

AND

JBA International, Inc.,

v. 01cv2161 (JNE/JGL)

St. Paul Mercury Insurance Company,

**ESTIMATED TRIAL TIME: 2 weeks**

---

**JURY TRIAL** **CONTRACT**

2. SIG Pack, Inc., — Geoffrey Jarpe 612/604-6697; Howard Roston; James Killian 612/672-8397

v. 01cv263 (JNE/JGL)

Schwan's Sales Enterprises, Inc., — Chad Stepan/Susan Fitzke/Thomas Propson 612/338-0661; Mark Heley 952/841-0041

**ESTIMATED TRIAL TIME: 5 days**

| | | | |
|---|---|---|---|
| **___JURY TRIAL** | | **TITLE VII** | |
| 3. | Diane Ruiz, | Mark Greenman/ Ruth Ostrom | 612/388-7260 |
| | v. 02cv2954 (JNE/JGL) | | |
| | Ostbye & Anderson, | Vincent Stevens/ Matthew Zahn/Timothy Tobin | 612/347-0381 |

**ESTIMATED TRIAL TIME: 3-4 days**

| | | | |
|---|---|---|---|
| **JURY TRIAL** | | **CIVIL RIGHTS** | |
| 4. | Bernard Harris and Monica Ford, | David Shulman/ William Dornbos | 612/870-7410 |
| | v. 02cv3553 (JNE/JGL) | | |
| | Officers John Ochs and Peter Hafstad, | Peter Ginder | 612/673-3362 |

**ESTIMATED TRIAL TIME: 3 days**

| | | | |
|---|---|---|---|
| **JURY TRIAL** | | **CONDEMNATION** | |
| 5. | United States of America, | Roylene Champeaux | 612/664-5600 |
| | v. 02cv1001 (JNE/RLE) | | |
| | 3.94 Acres of Land, more or less, and Walter Wolk, | James Walston/ Timothy Nolan | 612/340-7951 |

**ESTIMATED TRIAL TIME: 4-5 days**