# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JBA INTERNATIONAL, INC.,<br><br>Defendant. | ) | COURT MINUTES - CIVIL<br>BEFORE: JONATHAN LEBEDOFF<br>CHIEF U.S. MAGISTRATE JUDGE<br><br>Case No: CIVIL 01-0297 (JNE/JGL) **and** CIVIL 01-2161 (JNE/JGL)<br>Date: 7/13/05<br>Court Reporter: N/A<br>Time Commenced: 9:00 a.m.<br>Time Concluded: 1:00 p.m.<br>Time in Court: 4 Hours & 0 Minutes |

**and**

JBA INTERNATIONAL, INC.,

Plaintiff,

v.

ST. PAUL MERCURY INSURANCE COMPANY,

Defendant.

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

St. Paul Mercury Ins. Co.: Patricia St. Peter, Eric Caugh

JBA International Inc.: Richard Snyder

PROCEEDINGS:

☐ Settlement reached.

☒ No settlement reached.

s/Jonathan Lebedoff
Chief, U.S. Magistrate Judge