**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

St. Paul Mercury Insurance Company,
a Minnesota corporation,

Case Number: 01-297 JNE/JGL

Plaintiff,

v.

JBA International, Inc.,
a Georgia corporation,

Defendant.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

JBA International, Inc.,
a Georgia corporation,

Plaintiff,

Case Number: 01-2161 JNE/JGL

v.

St. Paul Mercury Insurance Company,
a Minnesota corporation,

Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel, that the above-captioned matters may be dismissed with prejudice and without costs to any of the parties.

Dated: July 26, 2005

**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**

By **s/Patricia St. Peter**

**Patricia St. Peter (153096)**
**Eric E. Caugh (026703X)**
500 Washington Avenue South
Suite 4000
Minneapolis, Minnesota 55415
**ATTORNEYS FOR**
**ST. PAUL MERCURY INSURANCE COMPANY**

Dated: July 26, 2005

**FREDRICKSON & BYRON, P.A.**

By **s/Richard D. Snyder**

**Richard D. Snyder (191292)**
**Emily E. Duke (249178)**
200 South Sixth Street
Suite 4000
Minneapolis, Minnesota 55402
**ATTORNEYS FOR**
**JBA INTERNATIONAL, INC.**
**(N/K/A GEAC ENTERPRISE SOLUTIONS, INC.)**

**SO ORDERED:**

Dated:______________

s/________________________
JOAN N. ERICKSEN, Judge
United States District Court